MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by William E. Mowbray against Harriet De Forest. No opinion. Motion denied, without costs. Order filed. See memorandum. See, also, 142 N. Y. Supp. 1131, 157 App. Div. 920.

MULLEN, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by John E. Mullen, as administrator, etc., of Bartley J. E. Mullen, late of the city of Albany, deceased, against the Schenectady Railway Company. No opinion. Judgment unanimously affirmed, with costs.

MULLER v. SNYDER. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Joseph H. S. Muller against George F. Snyder. No opinion. Motion granted, with $10 costs. Order filed.

In re MUMFORD. (Supreme Court, Appellate Division, Fourth Department. September 24, 1913.) In the matter of the application of John F. Mumford for the removal from office of John Fields as Supervisor of the Town of Fairfield, Herkimer County, N. Y. No opinion. Issues raised by the petition and answer referred to Hon. Pardon C. Williams, of Watertown, to take the proofs thereon and return the same to this court, together with his opinion thereon.

MURPHY, Appellant, v. VILLAGE OF FT. EDWARD, Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Celia Murphy, an infant, by Mary Ann Murphy, her guardian ad litem, against the Village of Ft. Edward. No opinion. Reargument (of 143 N. Y. Supp. 378) ordered. Case set down for Wednesday, November 12th.

NAPIECEK, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Julia Napiecek, as administratrix, etc., against the Crosstown Street Railway Company of Buffalo. PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $3,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is excessive, and that improper and inflammatory remarks were made by plaintiff's counsel.

NELLIS, Appellant, v. GOURLAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Elizabeth Nellis against Mary A. Gourlay. No opinion. Motion granted, and appeal dismissed, with costs.

NEUBERGER, Appellant, v. GOWEN, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Louis Neuberger against Albert Y. Gowen. R. Wolf, of New York City, for appellant. A. C. Intemann, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion for a commission to examine the witnesses named in the motion papers on oral questions granted. Order filed.

NEUSTAEDTER, Respondent, v. KAPLAN, Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Mania Neustaedter against John Kaplan. N. D. Shapiro, of Brooklyn, for appellant. M. D. Siegel, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs; referee to be named on settlement of order. Settle order on notice.

NEWMAN v. JOHN J. MITCHELL CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Arthur L. Newman against the John J. Mitchell Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

NEWMAN v. WATERMAN BLDG. CO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Dora Newman against the Waterman Building Company. No opinion. Application denied, with $10 costs. Order signed.

NEW YORK BELTING & PACKING CO. v. FOX. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the New York Belting & Packing Company against Susan Fox. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

NIEMEYER, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Anna Niemeyer, an infant, etc., against J. Francis O'Connor. No opinion. Motion to dismiss appeal denied, with $10 costs.

NOLAN, Respondent, v. MAGEE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by John L. Nolan against J. Vedder Magee and others. No opinion. Judgment unanimously affirmed, with costs.

NORMENT v. WHITMAN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by James W. Norment against Eleanor O. Whitman, as administratrix, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 708, 142 N. Y. Supp. 717.